IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **LISLEY SESSER**, | : |
| Plaintiff, | : Case No. 2:23-CV-03227 |
| v. | : |
| **RBS COLUMBUS, LLC, DBA RODIZIO GRILL**, *et al.*, | : JUDGE ALGENON L. MARBLEY |
| Defendants. | : Magistrate Judge Kimberly A. Jolson |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Lisley Sesser and Defendants RBS Columbus, LLC, George Chaposky, Vernon Keith Dunn, and Jacob Szafarski, hereby stipulate to the dismissal of this action with prejudice. Each party shall bear its own costs, expenses, and attorneys' fees.

IT IS SO ORDERED.

Dated:   June 9, 2025

Hon. Algenon L. Marbley
United States District Judge

STIIPULATED AND AGREED TO:

ATTORNEYS FOR PLAINTIFFS:

 /s/ John S. Marshall
Madeline J. Rettig (0098816)
John S. Marshall (0015160)
Edward R. Forman (0076651)
Samuel M. Schlein (0092194)
Helen M. Robinson (0097070)
MARSHALL FORMAN & SCHLEIN LLC
250 Civic Center Dr., Suite 480
Columbus, Ohio 43215-5296
(614) 463-9790
Fax (614) 463-9780
mrettig@marshallforman.com
jmarshall@marshallforman.com;
eforman@marshallforman.com
sschlein@marshallforman.com
hrobinson@marshallforman.com

ATTORNEYS FOR DEFENDANTS

 /s/ David P. Shouvlin
David P. Shouvlin (0066154), Trial Attorney
Jourdan D. Day (0092186), Trial Attorney
Sarah K. Squillante (0096705), Co-Counsel
Porter, Wright, Morris & Arthur LLP
41 S. High Street, Suite 3100
Columbus, OH  43215-6194
Phone: (614) 227-1980
Fax: (614) 227-2100
dshouvlin@porterwright.com
jday@porterwright.com
ssquillante@porterwright.com

2